# Order

Michigan Supreme Court
Lansing, Michigan

July 9, 2021

162352 & (25)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 162352
COA: 350998
Kalamazoo CC: 2000-000751-FC

FLOYD CLEO CHAMBERS,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 15, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for appointment of counsel is DENIED.

CAVANAGH, J. (*concurring*).

I concur in the denial of leave to appeal because I think granting an evidentiary hearing is premature at this point. However, the document defendant offers indicates that prosecutors declined to seek a warrant against someone because the complainant had indicated that that person was not the one who had threatened her. The document is incomplete, and we do not know whom it refers to. If the document refers to defendant, then there may be evidence that defendant was not the person who threatened the complainant. If the document refers to someone else, then there may be an additional suspect. In either case, further corroboration might entitle defendant to an evidentiary hearing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2021



Clerk

t0706